UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LEONEL REYNALDO CUBIAS )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:19-CV-46-FL
UNITED STATES OF AMERICA )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for lack of jurisdication.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 23, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED.

**This Judgment Filed and Entered on September 23, 2019, and Copies To:**
Rebecca J. Britton (via CM/ECF Notice of Electronic Filing)
Rudy E. Renfer (via CM/ECF Notice of Electronic Filing)

September 23, 2019                    PETER A. MOORE, JR., CLERK

                                              /s/ Sandra K. Collins
                                            (By) Sandra K. Collins, Deputy Clerk